UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORDELL A. WASHINGTON,

Plaintiff,

-v-

AGGRESSIVE TRANSPORTATION, INC. *et al*,

Defendants.

26 Civ. 4989

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion to remand this case to state court. Dkt. 6. Accordingly, the Court adjourns *sine die* the initial conference set for July 21, 2026, *see* Dkt. 4, and sets the following briefing schedule:

- Defendants' opposition shall be due July 27, 2026; and
- Plaintiff's reply, if any, shall be due August 3, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2026
New York, New York